Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd., #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GALLO, | Case No. 21-cv-00157-WQH-AGS |
| Plaintiff, | |
| vs. | **NOTICE OF RELATED CASES** |
| NTN BUZZTIME, INC., ALLEN WOLFF, MICHAEL GOTTLIEB, RICHARD SIMTOB, and SUSAN MILLER, | |
| Defendants. | |

Plaintiff Frank Gallo ("Plaintiff"), by and through his counsel, pursuant to Civil Local Rule 40.1(f), hereby provides notice of the following pending actions:

Case Name:       *Henson v. NTN Buzztime, Inc., et al.*

Case Number:   20-cv-08663 (S.D.N.Y.)

Judge:                Hon. Lorna G. Schofield

Date filed:         10/16/2020

- 1 -
**NOTICE OF RELATED CASES**

| | | |
|---|---|---|
| 1 | Case Name: | *Chinta v. NTN Buzztime, Inc., et al.* |
| 2 | Case Number: | 20-cv-01401-CFC (D. Del) |
| 3 | Judge: | Hon. Colm F. Connolly |
| 4 | Date filed: | 10/16/2020 |
| 5 | | |
| 6 | Case Name: | *Monsour v. NTN Buzztime, Inc., et al.* |
| | Case Number: | 20-cv-08755 (S.D.N.Y.) |
| 7 | Judge: | Unassigned |
| 8 | Date filed: | 10/20/2020 |
| 9 | | |
| 10 | Case Name: | *Amanfo v. NTN Buzztime, Inc., et al.* |
| 11 | Case Number: | 20-cv-08747-LGS (S.D.N.Y.) |
| 12 | Judge: | Hon. Lorna G. Schofield |
| 13 | Date filed: | 10/20/2020 |
| 14 | | |
| 15 | Case Name: | *Haas v. NTN Buzztime, Inc., et al.* |
| | Case Number: | 20-cv-02123-BAS-JLB (S.D. Cal) |
| 16 | Judge: | Hon. Cynthia Bashant |
| 17 | Date filed: | 10/29/2020 |
| 18 | | |

This action and the cases listed above are each brought by plaintiffs against NTN Buzztime, Inc. and the members of its Board of Directors for their violations of the Securities Exchange Act of 1934.

| | | |
|---|---|---|
| 1 | Dated: January 28, 2021 | **WEISSLAW LLP** |
| | | Joel E. Elkins |
| 2 | | |
| | | By: <u>/s/ Joel E. Elkins</u> |
| 3 | | |
| | | Joel E. Elkins |
| 4 | | 9100 Wilshire Blvd., #725 E. |
| | | Beverly Hills, CA 90210 |
| 5 | | Telephone:  310/208-2800 |
| | | Facsimile:   310/209-2348 |
| 6 | | -and- |
| 7 | | Richard A. Acocelli |
| | | 1500 Broadway, 16th Floor |
| 8 | | New York, NY  10036 |
| | | Telephone: 212/682-3025 |
| 9 | | Facsimile:  212/682-3010 |
| 10 | | |
| | | *Attorneys for Plaintiff* |
| 11 | | |

- 3 -

**NOTICE OF RELATED CASES**